UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY SERRANO, on behalf of himself
and all others similarly situated,

Plaintiff,

vs.

STERLING TESTING SYSTEMS, INC,

Defendant.

Civil Action No. 07-cv-4563-GP

## DISCLOSURE STATEMENT FORM

**Please check one box:**

☒ The nongovernmental corporate party, <u>Sterling Infosystems Inc. DBA Sterling Testing Systems Inc., mispleaded as Sterling Testing Systems, Inc</u>. in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

Date: <u>January 28, 2008</u>           <u>*(s) Andrew M. Schwartz* / AMS121</u>
                                        ANDREW M. SCHWARTZ, ESQUIRE
                                        Attorney for Defendant, Sterling Infosystems
                                        Inc. DBA Sterling Testing Systems Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY SERRANO, on behalf of himself and all others similarly situated,<br><br>vs.<br><br>STERLING TESTING SYSTEMS, INC. | Civil Action No. 07-cv-4563-GP |

### CERTIFICATE OF SERVICE

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of the *Rule 7.1 Disclosure Statement Form* was served upon all counsel of record by ECF and was filed on <u>January 28, 2008</u>.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


<u>*(s) Andrew M. Schwartz* / AMS121</u>
ANDREW M. SCHWARTZ, ESQUIRE